(Rev. 03/06/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Chris P. Sullivan and Rachel Hemphill Sullivan
Debtor(s)

Bankruptcy Case No.: 05–10853–JDW

Selene D Maddox Trustee for the Bankruptcy Estate of Chris P. Sullivan and Rachell Hemphill Sullivan
Plaintiff(s)

Adversary Proceeding No. 07–01109–JDW

vs.

Chris P. Sullivan Rachell Hemphill Sullivan and Parker Waichman, LLP
Defendant(s)

## ALIAS
## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

David J. Puddister, Clerk of Court
U.S. Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/ David J. Puddister
Clerk of the Bankruptcy Court

(Seal of the U.S. Bankruptcy Court)
Date of Issuance: 3/11/13

# CERTIFICATION OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____ by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____            _____
             Date                                                                      Signature

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |